# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR AND  :  No. 624
                                                           :
VICE-CHAIR OF THE DOMESTIC  :  CIVIL PROCEDURAL RULES DOCKET
                                                           :
RELATIONS PROCEDURAL RULES  :
                                                           :
COMMITTEE                                      :

## O R D E R

**PER CURIAM:**

AND NOW, this 11th day of June, 2015, David J. Slesnick, Esquire, is hereby designated as Chair and Ellen M. Sweeney, Esquire as Vice-Chair of the Domestic Relations Procedural Rules Committee commencing June 25, 2015.